# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# CLEVELAND DIVISION

In Re:                                                              Case No. 17-10441

Barbara J. Slade-Lanier                    Chapter 13

Debtor.                                                Judge Arthur I. Harris

## NOTICE OF CREDITOR CHANGE OF ADDRESS

U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust ("Creditor"), by and through their undersigned counsel, hereby gives notice of a Change of Address on the below filed Claim, effective immediately.

Claim Number                           12-1
Last 4 Digits of Account Number:   7975

| Current Address for Notices: | NEW Address for Notices (Effective Immediately): |
|---|---|
| c/o SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501 | c/o SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501 |
| Phone: 800.603.0836<br>Email: bknotices@snsc.com | Phone: 800.603.0836<br>Email: bknotices@snsc.com |
| Current Address for Payments: | NEW Address for Payments (Effective Immediately): |
| c/o SN Servicing Corporation<br>PO Box 660820<br>Dallas, TX 75266 | c/o SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501 |
| Phone: 800.603.0836<br>Email: bknotices@snsc.com | Phone: 800.603.0836<br>Email: bknotices@snsc.com |

                                                    Respectfully Submitted,

                                                    /s/ Molly Slutsky Simons
                                                    Molly Slutsky Simons (0083702)
                                                    Sottile & Barile, Attorneys at Law
                                                    394 Wards Corner Road, Suite 180
                                                    Loveland, OH 45140
                                                    Phone: 513.444.4100
                                                    Email: bankruptcy@sottileandbarile.com
                                                    Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that on June 6, 2019, a true and correct copy of this Notice was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Melissa L. Resar, Debtor's Counsel
    mresar@ohiolegalclinic.com

    Lauren A. Helbling, Chapter 13 Trustee
    ch13shopneck@ch13cleve.com

    Office of the U.S. Trustee
    (registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

    Barbara J. Slade-Lanier, Debtor
    1014 Evangeline Road
    Cleveland, OH 44110

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (0083702)
    Attorney for Creditor